UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PORTELLI, individually, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>WWS ACQUISITION, LLC dba WESTERN WINDOW SYSTEMS, a Missouri Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 3:17-cv-02367-DMS-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CASE** |

After consideration of the parties' Joint Motion for Dismissal of the above-entitled case, the Court hereby GRANTS the Joint Motion. Accordingly, the Court hereby dismisses the above-entitled case but shall retain jurisdiction to enforce the parties' settlement, if any.

**IT IS SO ORDERED.**

Dated:  January 28, 2019

_____
Hon. Dana M. Sabraw
United States District Judge